UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

_____

| | |
|---|---|
| DEXTER SHOE COMPANY and<br>COLUMBIA INSURANCE COMPANY,<br><br>       Plaintiffs,<br><br>vs.<br><br>ETONIC WORLDWIDE LLC,<br><br>       Defendant. | :<br>:<br>:<br>:<br>:  Civil Action No.<br>:  3:11-CV-0819 (JBA)<br>:<br>:<br>:<br>:<br>:<br>: |

_____

## NOTICE OF DISMISSAL WITHOUT PREJUDICE

Plaintiffs, Dexter Shoe Company and Columbia Insurance Company, pursuant to F.R.C.P. Rule 41 (a)(1), hereby move to withdraw Civil Action No. 3:11-CV-0819 (JBA), without prejudice.

Respectfully Submitted,

Date: August 2, 2011

/s/Benjamin C. White
Gene S. Winter, ct05137
Benjamin C. White, ct27211
Gregory D. Miller, ct28205
ST.ONGE STEWARD JOHNSTON & REENS LLC
986 Bedford Street
Stamford, Connecticut 06905
Telephone: (203) 324-6155
Facsimile: (203) 327-1096
Email: litigation@ssjr.com

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on August 2, 2011, I served the foregoing **NOTICE OF DISMISSAL WITHOUT PREJUDICE** by electronic and first class mail on the following counsel for Defendant:

David A. Ball, Esq.
Cohen and Wolf, P.C.
1115 Broad Street
Bridgeport, CT. 06604
Telephone: (203) 368-0211
Fax: (203) 394-9901
Email: dball@cohenandwolf.com

Barry J. Herman, Esq.
Jeffrey H. Kaufman, Esq.
Andrew Beverina, Esq.
Oblon Spivak McClelland Maier and Neustadt, L.L.P.
1940 Duke Street
Alexandria, VA. 22314
Telephone: (703) 413-3000
Fax: (703) 413-2220
Email: bherman@oblon.com
Email: jkaufman@oblon.com
Email: abeverina@oblon.com

8/2/11
Date

Debbi Simms